by a boy in the employ of defendant. There is no claim, however, that defendant had any personal knowledge of this act on the part of his employee, but this does not relieve him from liability for the negligence of the employee, providing he was acting at the time within the scope of his employment. I have examined the record with care, and am unable to find any evidence tending to show that the boy was engaged in defendant's work at the time. The jury cannot be permitted to speculate in order to create a basis for a verdict. (*Bowden* v. *Mott Iron Works,* 113 App. Div. 738.) A master is not an insurer against the negligent act of his employee. He can only be charged with such negligence where the act was done while the person was acting within the scope of his employment. There was some evidence from which it might be inferred that the boy was going to the basement and that defendant occupied that floor. Suppose he was; that of itself proves nothing. The judgment and order should be reversed and a new trial granted, costs to abide the event. Gaynor, J., concurred.

---

Gerson Bieber, Appellant, v. Lewis Goldberg, Respondent, Impleaded with Hinde Sarah Kamentzky and Others.— Order of the County Court of Kings county granting leave to amend complaint modified by striking out the imposition of $100 as terms of the amendment, and as modified affirmed, with $10 costs and disbursements to the appellant. Appeal from order refusing to resettle dismissed, without costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

E. W. Bliss Company, Respondent, v. Frank C. Armstrong, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Carrie C. Boening, Respondent, v. William C. Boening, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Carrie C. Boening, Respondent, v. William C. Boening, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Borough Bank of Brooklyn, Respondent, v. Louis Borgenicht and Hyman Sharff, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Emily A. Brew, Respondent, v. George W. Bristol, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Frank V. Bruno, Respondent, v. Martin Reynolds, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Arthur B. Butler, as Administrator, etc., of John J. Bryant, Deceased, Respondent, v. George H. Mifflin and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.